The People of the State of New York, Respondent, v Steven B., Appellant. [46 NYS3d 779]—

Judgment, Supreme Court, New York County (Neil E. Ross, J., at plea and sentencing), rendered June 26, 2015, convicting defendant of criminal possession of a weapon in the third degree, and sentencing him to an indeterminate prison term of 1⅓ to 4 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of adjudicating defendant a youthful offender and reducing the sentence to a term of six months incarceration and five years' probation, with the condition that defendant participate in a mental health and substance abuse program under the direction of the Probation Department, and otherwise affirmed.

We find that defendant's circumstances render him an eligible youth (see CPL 720.10 [3] [i]). In addition, we find the sentence, including the denial of youthful offender treatment, excessive to the extent indicated. Concur—Sweeny, J.P., Renwick, Andrias, Kahn and Gesmer, JJ.